

Updated: 01 JUL 20

# CONSOLIDATED EPAC BOARDING
## ALPHA REPORT

**Vessel Information**
USCGC / USS & LEDET: **ALERT**   Report Time: **2109Z**   MISLE: _____

1. DTG of Sighting: **2109Z**   Method: Ship / RHIB / (Helo) / MPA & Time Remaining On-Scene: ___ HH/MM

2. Initial Position / Course / Speed: **07-03.8** N/S **103-20.4** E/W; Course: **000**; Speed: **10-15** Kts
   Nearest Point of Land: ___ NM to ___; Distance to TTS: **620** NM

3. Vessel Type: Private: ( ) Motor  ( ) Sailing ___ # Masts
   (Go-Fast) ( ) LPV ( ): (Open)/Closed; Tarp (Y / N; Color ___ ); # Eng **03**; (Out-) / In-Board (Gas / Diesel)
   Fishing: ( ) Trawler/Dragger ( ) Long Liner ( ) Seiner ( ) Shrimper ( ) Troller ( ) Other
   Commercial: ( ) Tanker ( ) Tug: W / WO Tow ( ) Freighter: Bulk / Container ( ) RORO
   SPSS: Color ___

4. Vessel Name: **N/A**   Is it painted? Where: **N/A**
5. Registry Number: **N/A**   Is it painted? Where: **N/A**
6. Nationality: **None**  Master Verbal Claim: (Y /(N)) Flag Flown: (Y /(N)) Flag Location: ___ Vessel Docs: (Y /(N))
7. Homeport: **None**   8. Length: **32** (FT)/ M
9. Hull Color: **WHT**   & Hull Type - Bow (Raised) Clipper / Plumb) Deck (Flush / Well)
10. Superstructure Location: FWD / MID / AFT   11. Superstructure Color: ___
12. Waterline Color: ___ (or Not Observed)   13. Trim Color: **GREY**
14. Exhaust Stack(s): FWD / MID / AFT **None**   15. Cranes / Booms: # ___ & FWD / MID / AFT **None**
16. Antennas (Type and Number): **01**   17. Unit ESM Capable (Y /(N)) Data Capture (Y /(N))
    (A) Radar - Can / Blade – Rotating (Y /(N)) ___ (B) Long-Wire ___ (C) DF / Loop ___ (D) Whip ___
18. Claimed Purpose / Cargo: **Money**   If fishing, targeted species & weight: **N/A**
19. Gear on Deck (Y /(N); Type: (Long Line / Nets); Condition: (Good / Poor / Bad) Appropriate for species: (Y / N)
20. Activity & Suspicions (e.g.: Not engaged in fishing, DIW/Loitering, no one/too many people on deck, etc.):
    **PACKAGES ON DECK W/ FUEL BARRELS AND KNOWN DRUG TRAFFIC AREA**

21. LPOC / Date: **MANTA ECU**   22. NPOC / Date: **MANZANILLO MX**
23. Master's Name, DOB, Nationality: **N/A**
24. Total Persons on Board: **05**   & Nationality: **01 ECU / 04 MEX**
25. Unit Logistic/Risk Concerns (Y /(N)) ___   26. Recommend Boarding ((Y)/N), if Yes, WX (29)
27. WX: Winds: ___/___; Seas: ___/___; Swells: ___/___; Visibility: ___ NM; Air: ___; Water: ___
28. TACON Shift Times: (to D11): **2115Z** (to J-S): ___ SNO Times: (Request): **2115** (Approved): **2156Z**

***LEDO Note:** When was the last time this vessel was boarded? ___ Results of Boarding: ___

LE-01                                   1